UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>NAJHEA SMITH,<br>                    Supervisee. | Docket No. 1:16CR00397-08 (LTS)<br><br>ORDER |

Honorable Laura Taylor Swain, U.S. District Judge:

    IT IS HEREBY ORDERED:  For the reasons stated on the record during a violation of supervised release conference held on December 2, 2020, the following direction is made to the Federal Bureau of Prisons and Essex County Jail:

    Najhea Smith, Register Number 77822-054, shall promptly be given a comprehensive medical evaluation with PPD results, a mental health evaluation, and a psychiatric evaluation with current treatment and medication documented.  Such evaluations are required for his admission to a residential substance abuse treatment program.

    The reports of the evaluations shall be forwarded to the attention of U.S. Probation Officer Hildery Huffman at the U.S. Probation Office, 500 Pearl Street, 6th Floor, New York, NY 10007. Telephone number (917) 797-3387.

SO ORDERED.

Dated: December 2, 2020
       New York, New York

                                                    /s/ Laura Taylor Swain
                                                  Honorable Laura Taylor Swain
                                                  U.S. District Judge