UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

NAJHEA SMITH,

           Supervisee.

No. 16 CR 397 (LTS)

<u>ORDER</u>

    IT IS HEREBY ORDERED THAT, on January 15, 2021, the United States Marshals Service shall release Najhea Smith, Register Number 77822-054, from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse to the United States Probation Officer, who will turn him over to a representative of <u>Odyssey House</u> for transport to a residential drug treatment facility.

    IT IS FURTHER ORDERED that Essex County Jail will release Najhea Smith with a supply of his currently prescribed medication for medical and psychiatric conditions.

SO ORDERED.

Dated:    January 8, 2021
              New York, New York

                                        /s/ Laura Taylor Swain
                                        HON. LAURA TAYLOR SWAIN
                                        U.S. DISTRICT COURT JUDGE