UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                          No.   16 CR 397 LTS

NAJHEA SMITH,

       Defendant.

------------------------------------------------------x

## ORDER

The violation of supervised release sentencing hearing in this case is scheduled to proceed on **July 7, 2021, at 3:00 p.m.**, in Courtroom 17C. All other provisions of the Court's Order dated June 25, 2021 (docket entry no. 437), remain in effect.

SO ORDERED.

Dated: New York, New York
          June 29, 2021

                                                                  /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               Chief United States District Judge