UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                            No. 16 crim 397 (LTS)

NAJHEA SMITH (8)

        Defendant.

------------------------------------------------------x

## ORDER

ORDERED that pursuant to sentence of time served imposed today, the defendant Najhea Smith is discharged from the custody of the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
       July 7, 2021

                                                              LAURA TAYLOR SWAIN
                                                             United States District Judge