UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                          No.  16-CR-397-LTS

NAJHEA SMITH,                                                    Order

        Defendant.

-------------------------------------------------------x

        The violation of supervised release hearing in this case is scheduled to proceed on **March 31, 2022, at 11:30 a.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
      March 16, 2022                           LAURA TAYLOR SWAIN
                                                  Chief United States District Judge