UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                              No. 16-CR-397-LTS

NAJHEA SMITH,                                        ORDER

          Defendant.

-------------------------------------------------------x

        The violation of supervised release hearing in this case is rescheduled to proceed on **March 31, 2022, at 10:00 a.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       March 17, 2022                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge