

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Najhea Smith**,
             16 Cr. 397 (LTS)

Dear Chief Judge Swain:

      The Government respectfully submits this joint status update on behalf of the parties in advance of the violation of supervised release conference scheduled for Thursday, June 2, 2022 at 2:30 p.m. The Probation Department has informed the parties that the defendant's drug tests have returned negative. However, Probation reports that the defendant continues to have attendance issues and that neither the Probation Officer, nor the defendant's treatment counselor, have been able to contact the defendant in the past two weeks. Accordingly, the parties intend to appear at the conference on June 2 to discuss next steps in this matter, and will advise the Court promptly if they reach a disposition before that date.

                                                        Respectfully submitted,

                                                        DAMIAN WILLIAMS
                                                        United States Attorney

                                      By:    /s/ Jason M. Swergold
                                                  Jason M. Swergold
                                                  Assistant United States Attorney
                                                  Southern District of New York
                                                  (914) 993-1963

cc:      Defense counsel (via ECF)