UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　　　No. 16-CR-397-LTS

NAJHAE SMITH,

       Defendant.

-------------------------------------------------------x

### Order

     The Court has received Defendant Najhae Smith's four pro se emails sent to the Court's correspondence email account on June 2, 2022, reporting that the additional condition of supervised release of inpatient substance abuse and mental health treatment, imposed on consent during the violation of supervised release conference held on June 2, 2022, would impose hardship on his wife and children. In light of the emails' discussion of sensitive details of Mr. Smith's family life, the Court will file the original emails under seal, with copies to counsel for the parties and the Probation Office by email.[1]

     The Court appreciates the difficulties that Mr. Smith's impatient treatment may in the short term impose on his family, as reported in his emails and his statements in court on June 2, 2022. However, the Court considered those difficulties in accepting the Probation Office's and parties' joint recommendation that Mr. Smith enter inpatient treatment now in order to best assure that he is well prepared to support his family in the long term. The Court believes that path forward remains the prudent one, and wishes Mr. Smith and his family continued strength during this challenging period.

---

[1]    Two of Mr. Smith's emails enclose photographs of his children.

Moreover, Mr. Smith is advised that, as he is represented by counsel, the Court will not entertain direct applications by Mr. Smith on his own behalf, by email or otherwise. To the extent Mr. Smith seeks to submit a request to modify or shorten any conditions of his supervised release in the future, he is directed to do so through his appointed counsel.

Chambers will email a copy of this Order to Mr. Smith.

SO ORDERED.

Dated: New York, New York
June 2, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge