UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                                                :

UNITED STATES OF AMERICA,                         :

       -v-                                            :      16-CR-397 (LTS)

NAJHEA SMITH,                                      :

              Defendant.                       :

-------------------------------------------------------------------X

<u>ORDER</u>

       With the consent of the Defendant and for the reasons stated on the record of today's conference, the Defendant's conditions of supervision are hereby modified as follows: Mr. Smith shall participate in an inpatient substance abuse and mental health treatment program for up to 120 days as directed by the Probation Officer. All other conditions of supervision as previously established remain in effect.

       SO ORDERED.

Dated: New York, New York
       June 2, 2022

                                                                  <u>/s/ Laura Taylor Swain</u>
                                                                  LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge