UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA          :      **ORDER**

                                                                 :      16 CR. 397 (LTS)

        -v.-

                                                                   :

NAJHEA SMITH,

                Defendant.
                                                                     :

-------------------------------------------------------------- X

      IT IS HEREBY ORDERED, that the conference currently scheduled for November 16, 2022, is adjourned to <u>December 5</u>, 2022, at 2:30 p.m. in Courtroom 17C, 500 Pearl Street.

Dated:   New York, New York
            November <u>14</u>, 2022

                                                         /s/ Laura Taylor Swain
                                                         Honorable Laura Taylor Swain
                                                         United States District Judge
                                                          Southern District of New York