UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　No.  16-CR-397-LTS

NAJHEA SMITH,　　　　　　　　　　　　　　　　　Order

       Defendant.

-------------------------------------------------------x

       The violation of supervised release hearing in this case is scheduled for December 5, 2022 is rescheduled to **January 9, 2023, at 3:00 p.m.**, in Courtroom 17C.

       SO ORDERED.

Dated: New York, New York
       December 5, 2022

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge