```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :    16-CR-397 (LTS)
                                                                   :
NAJHEA SMITH,                                                      :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

### ORDER

The violation of supervised release hearing in this case is scheduled to proceed on January 23, 2023, at 2:30 p.m., in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated:  New York, New York
        January 13, 2023

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge